UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                                                           )         Case No. 24-40012<br>)<br>MICHAEL LAMOUNTAIN,                     )<br>)<br>            Defendant                )  | |

**COUNSEL'S MOTION TO WITHDRAW FORTHWITH**

Now comes the undersigned counsel for the defendant Michael LaMountain and respectfully moves this Court, to allow my motion to withdraw forthwith from representing this defendant.  In support thereof the undersigned states the following:

1. On today's date the undersigned read the defendant's motion to appoint new counsel, dated 2/26/25.

2. In the defendant's motion which was filed on the public record, the defendant states he desires new representation.

3. The undersigned will not and can not represent this defendant going forward based on one of the reasons the defendant cited (number 3 in his motion), nor will the undersigned meet with or have any communication with the defendant in person or via any other means.[1]

---

[1] I will not repeat number (3) from the defendant's motion here due to the nature of the representation and request it be redacted from the public record.

1

4. The undersigned requests this motion be scheduled as soon as possible and that that that the upcoming hearing scheduled before Judge Guzman be taken off the list.

WHEREFORE, it is respectfully requested that the Court grant this Motion to withdraw or schedule a hearing on it forthwith.

Respectfully Submitted:
Michael LaMountain,
By his attorney:

*/s/ Blake J. Rubin*
Blake J. Rubin, Esquire
120 Main Street
Worcester, MA 01608
(BBO # 630777)
(T) 508.925.0005
Blake.rubin.law@gmail.com

Date:   2/26/25

### CERTIFICATE OF SERVICE

I Blake J. Rubin, hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on the date below.

*/s/ Blake J. Rubin*
Blake J. Rubin, Esquire

Date:   2/26/25